■ RICHIE VARGAS, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 111449.) [921 NYS2d 609]—Appeal from an order of the Court of Claims (Jeremiah J. Moriarty, III, J.), entered July 2, 2009 in a personal injury action. The order granted the motion of defendant for summary judgment and dismissed the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at the Court of Claims. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ RICHARD MULLEN, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 116118.) [922 NYS2d 219]—Appeal from an order of the Court of Claims (Renee Forgensi Minarik, J.), entered August 13, 2010. The order granted the motion of defendant to dismiss the amended claim and dismissed the amended claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY KIRKLAND, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered March 27, 2008. The appeal was held by this Court by order entered December 30, 2009, decision was reserved and the matter was remitted to Erie County Court for further proceedings (68 AD3d 1794 [2009]). The proceedings were held and completed (Sheila A. DiTullio, J.).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.